**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CAROLYN UPSHAW | : | Case No. 1:04-cv-760 |
| | : | |
| Plaintiff, | : | Judge Beckwith |
| | : | |
| v. | : | Magistrate Judge Hogan |
| | : | |
| FORD MOTOR COMPANY | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPLICATION FOR WITHDRAWAL OF COUNSEL

Now comes the undersigned and respectfully requests leave of Court to withdraw as Counsel for Plaintiff.  This request is being submitted due to the fact that the undersigned and Plaintiff have developed irreconcilable differences and the undersigned does not believe that he can continue to represent the Plaintiff.  In the event that this Court would like more information regarding the undersigned's request, the undersigned is not opposed to providing such in camera.  The required notice of this Motion has been sent to Plaintiff Upshaw.  Pursuant to Local Rule 7.3, the undersigned has informed opposing counsel of the need to file the instant motion, to which the opposing counsel, David Whitcomb, is not opposed.

Given the recent ruling by the Court, permitting and limiting Plaintiff to complete discovery by taking four (4) depositions, any delay with Plaintiff's new counsel should be minimal and should not cause any undue hardship or alter the ultimate disposition of this matter.

        Respectfully Submitted,

        s/ Nicholas E. Kennedy
        Nicholas E. Kennedy (0070310)
        KENNEDY REEVE & KNOLL
        98 Hamilton Park
        Columbus, Ohio 43203
        614-228-2050 (voice)
        614-228-3320 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon:

David A. Whitcomb, Esq.
Via electronic filing

Carolyn Upshaw
872 North Hill Lane
Cincinnati, Ohio 45224
Via regular U.S. Mail and email

this the 5th day of January 2007.

        s/ Nicholas E. Kennedy
        Nicholas E. Kennedy (0070310)
        Trial Attorney for Plaintiff